UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BENJAMIN BRILL,   )  | |
|     Plaintiff,   )  | |
|   )  | |
| v.   )  | Civil No. 1:15-CV-215-GZS |
|   )  | |
| CAROLYN W. COLVIN,   )  | |
| Acting Commissioner of Social Security,   )  | |
|     Defendant.   )  | |

ORDER

Pursuant to the power of this Court to award fees to a prevailing party, other than the United States, incurred by that party in a civil action against the United States, including proceedings for judicial review of agency action, under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), and in light of this Court's November 6, 2015 Judgment and Order remanding this case to the defendant Commissioner for further administrative proceedings,

IT IS HEREBY ORDERED that the United States Social Security Administration shall pay attorney's fees in the amount of three thousand, eight hundred one dollars and twenty cents ($3,801.20) in full satisfaction of any and all attorney's fee claims Plaintiff may have in this case under the Equal Access to Justice Act.

Pursuant to the United States Supreme Court's ruling in *Astrue v. Ratliff*, 560 U.S. 586 (2010), these attorney's fees are payable to Plaintiff as the prevailing party, and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the government.  If, subsequent to the entry of this Order, the Commissioner determines that Plaintiff owes no debt to the government that would subject this award of attorney's fees to offset, the Commissioner may honor Plaintiff's June 30, 2015 signed assignment of EAJA fees providing for payment of the subject fees to Plaintiff's counsel, rather than to

Plaintiff.  If, however, Plaintiff is discovered to owe the government any debt subject to offset, the Commissioner shall pay any attorney's fees remaining after such offset to Plaintiff rather than to counsel.

    IT IS FURTHER ORDERED that Plaintiff is entitled to four hundred dollars and zero cents ($400.00) in costs, to be paid from the Department of the Treasury's Judgment Fund.

    SO ORDERED.

                                                          /s/ George Z. Singal
                                                          United States District Judge

Dated this 3rd day of February, 2016.